UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FRANCES RENEE PERRY/MILLER,
ADC # 708998                                                                                    PLAINTIFF

v.                          CASE NO. 1:09cv00064 BSM/BD

LARRY NORRIS, et al.                                                                         DEFENDANTS

## ORDER

The court has received the partial recommended disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After carefully reviewing the recommendation, and the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's motion to amend [Doc. No. 6] is DENIED.

IT IS SO ORDERED, this 22nd day of January, 2010.


_____
UNITED STATES DISTRICT JUDGE