## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

FRANCES RENEE PERRY/MILLER
ADC # 708998                                                                  PLAINTIFF

v.                        CASE NO. 1:09cv00064 BSM/BD

LARRY NORRIS, et al.                                                         DEFENDANTS

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After carefully reviewing the recommended disposition and the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's complaint is DISMISSED without prejudice under Local Rule 5.5(c)(2) for failure to comply with the court's orders of December 2, 2009 [Doc. No. 2], and December 21, 2009 [Doc. No. 7].

IT IS SO ORDERED, this 25th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE