UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FRANCES RENEE PERRY/MILLER
ADC # 708998                                                                                    PLAINTIFF

v.                          CASE NO. 1:09cv00064 BSM/BD

LARRY NORRIS, et al.                                                                       DEFENDANTS

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, under Local Rule 5.5(c)(2) of the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 25th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE